UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re             Chapter 11

THE FULLER BRUSH COMPANY, INC.,  Case No. 12-10714 (SHL)
*et al.,*

             (Jointly Administered)

    Debtors.

-------------------------------------------------------x

## NOTES, STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTORS' SCHEDULES AND STATEMENTS

   The Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Schedules and Statements") filed by The Fuller Brush Company, Inc. ("Fuller Brush") and CPAC, Inc. ("CPAC") (collectively, the "Debtors"), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), were prepared pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007 by management of the Debtors and are unaudited. The Schedules and Statements remain subject to further review and verification by the Debtors. Subsequent information may result in material changes in financial and other data contained in the Schedules and Statements. The Debtors reserve the right to amend their Schedules and Statements from time to time as may be necessary or appropriate. These Notes and Statement of Limitations, Methodology and Disclaimer Regarding Debtors' Schedules and Statements (the "Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

1.  <u>GAAP</u>: These Schedules and Statements reflect the assets and liabilities of each individual Debtor, except where otherwise noted. These Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP") in the United States.

2.  <u>Accuracy</u>. While every effort has been made to file complete and accurate Schedules and Statements, inadvertent error or omissions may exist.

3.  <u>Excluded Assets and Liabilities</u>. The Debtors have excluded the following categories of assets and liabilities from the Schedules and Statements: goodwill and other intangible assets which were not carried on the books and records prior to bankruptcy, accrued liabilities including, but not limited to, accrued salaries and employee benefits and accrued sales taxes and commissions, which were paid via approved First Day Orders (See Paragraphs 9 & 10). Other immaterial assets and liabilities may also have been excluded.

4.  <u>Debtors' Rights</u>. With respect to any claim against, or obligation of, the Debtors described in these Schedules and Statements, the Debtors may have the right of offset, rights to a

refund, counterclaims, defenses and other rights which they have not described herein. These rights, by their nature, generally are unquantifiable and the Debtors have not attempted to describe or quantify these rights herein. The failure to delineate such rights should in no way be construed as a waiver of such rights by the Debtors.

5.      <u>Dates</u>. Unless otherwise specified, all amounts are listed as of February 21, 2012, the date the Debtors commenced their chapter 11 cases (the "<u>Petition Date</u>").

6.      <u>Book value</u>. Unless otherwise noted, the Debtors' assets and liabilities are shown on the basis of their net book value as of the Petition Date in accordance with the Debtors' books and records. Thus, unless otherwise noted, the Schedules and Statements reflect the carrying value of the assets and liabilities as recorded on the Debtors' books, and are not based upon any estimate of their current market value.

7.      <u>Claims Description</u>. Any failure to designate a claim on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve the right to dispute, or to assert offsets or defenses to, any claim reflected on the Schedules and Statements as to amount, liability and/or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

8.      <u>Contingent Assets</u>. The Debtors believe that they may possess certain claims and causes of action against various parties. The Debtors have not set forth all claims or causes of action against third parties or avoidance actions as assets in their Schedules and Statements. The Debtors reserve all of their rights with respect to any claims, causes of action or avoidance actions they may have and nothing contained in these Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions or causes of action or in any way prejudice or impair the assertion of such claims.

9.      <u>Schedule E</u>.

        <u>Wages</u>. The Court entered an order authorizing the Debtors to pay pre-petition employee wages, compensation, benefits and other related obligations (the "<u>Wage Order</u>"). In light of the relief granted in the Wage Order, the Debtors have not listed on Schedule E the pre-petition claims of employees relating to wages, compensation, benefits and other related obligations to the extent such claims are addressed in the Wage Order.

        <u>Taxes</u>. The Court entered an order authorizing the Debtors to pay pre-petition claims in connection with their pre-petition sales taxes (the "<u>Sales Tax Order</u>"). In light of the relief granted in the Sales Tax Order, the Debtors have not listed on Schedule E the pre-petition claims of taxing authorities relating to payment of sales taxes to the extent such claims are addressed in the Sales Tax Order.

10.     <u>Schedule F</u>.

        Except as set forth below, all general unsecured claims against the Debtors have been listed on Schedule F based upon the Debtors' existing books and records.

<u>Independent Contractors</u>. The Court entered an order authorizing the Debtors to pay prepetition accrued commissions to Fuller Brush's Independent Contractors (the "Independent Contractors Order"). In light of the relief granted in the Independent Contractors Order, the Debtors have not listed on Schedule F the pre-petition claims of Independent Contractors relating to accrued commissions and other related obligations to the extent such claims are addressed in the Independent Contractors Order.

<u>Critical Vendors</u>. The Court entered an order authorizing the Debtors to pay the prepetition claims of critical vendors that delivered materials, supplies, goods, products and related items to Fuller Brush before the Petition Date and to pay the prepetition claims of critical service providers (the "Critical Vendors Order"). In light of the relief granted in the Critical Vendors Order, the Debtors have not listed on Schedule F the pre-petition claims of Critical Vendors to the extent such claims have been addressed with the vendor and subsequently paid as authorized by the Critical Vendors Order.

<u>Shippers</u>. The Court entered an order authorizing the Debtors to pay the valid pre-petition claims of certain overnight courier services and common carriers who ship inventory to commercial customers, retail store customers, store outlet locations and end-user household customers (the "Shippers Order"). In light of the relief granted in the Shippers Order, the Debtors have not listed on Schedule F the pre-petition claims of Shippers to the extent such claims have been addressed with the Shippers and subsequently paid, as authorized by the Shippers Order.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re    **CPAC**

                                                    Debtor

Case No. ___**12-10715**___

Chapter _____**11**___

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 698,600.00 | | |
| B - Personal Property | Yes | 5 | 96,132.05 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 22,689,047.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 6 | | 41,339.22 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 462,871.24 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 18 | | | |
| Total Assets | | | 794,732.05 | | |
| Total Liabilities | | | | 23,193,257.46 | |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re    **CPAC**

Debtor

Case No. _____**12-10715**_____

Chapter_____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **CPAC**                                                    Case No. ___**12-10715**___
_____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Parcel #243001**<br><br>**Location:**<br>**2364 Leicester Road**<br>**PO Box 175**<br>**Leicester, NY 14481** | **OWNER** | - | 13,100.00 | 0.00 |
| **Parcel #243089**<br><br>**Three Buildings including main office building built in 1951.**<br><br>**Location:**<br>**2364 Leicester Road**<br>**PO Box 175**<br>**Leicester, NY 14481** | **OWNER** | - | 619,600.00 | 0.00 |
| **Parcel #243089 87.-1-25**<br><br>**Location:**<br>**2364 Leceister Rd**<br>**PO Box 175**<br>**Leicester, NY 14481** | **OWNER** | - | 36,300.00 | 0.00 |
| **Parcel #243089 87.-1-24**<br><br>**Location:**<br>**2364 Leicester Rd**<br>**PO Box 175**<br>**Liecester, NY 14481** | **OWNER** | - | 29,600.00 | 0.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 698,600.00 | (Total of this page) |
| Total > | 698,600.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **CPAC**                                                        , Case No. __12-10715__
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Petty Cash - Great Bend - Cash Office Location: Po Box 729, Great Bend Ks 67530 | - | 0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Five-Star Bank -Payroll Ac count #xxxxx7351 Location: Five-Star Bank Route 408 Mount Morris, NY 14510 | - | 13,487.16 |
| | | Bank of America- Disbursements Account #xxxxx9981 Location: 135 South LaSalle Chicago, IL 60603 | - | 7,640.70 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    21,127.86
(Total of this page)

__4__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **CPAC**                                                    ,   Case No. ___**12-10715**___
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Interest in Incorporated Business: CPAC Equipment, Inc; wholly owned subsidiary Location: 2364 Leicester Road, Leicester, New York 14481** | - | Unknown |
| | | **Interest in Incorporated Business: The Fuller Brush Company, Inc.; wholly owned subsidiary Location: 1 Fuller Way, Great Bend, Kansas 67530** | - | Unknown |
| | | **Interest in Incorporated Business: Allied Diagnostic Imaging Resources, Inc.; wholly owned subsidiary Location: FUJIFILM Hunt Chemicals 40 Boroline Road, Allendale, New Jersey 07401** | - | Unknown |
| | | **Interest in Incorporated Business: CPAC Asia Imaging Products, Ltd.; wholly owned subsidiary Location: 112 Moo9, Bangna-Trad Highway, KM36, Bangwua, Bangakong, Chachoengsao 24180, Thailand** | - | Unknown |
| | | **Interest in Incorporated Business: CPAC Europe, NV Corporation; 98% subsidiary (2% unrelated 3rd party Belgian citizen owner) Location: Romestraat 2A, 2321 Hoogstraten-Meer, Belgium** | - | Unknown |
| | | **Interest in Incorporated Business: CPAC Italia, S.r.l. corporation; wholly owned subsidiary Location: Via Carlo Porta, 49/56, 20064, Gorgonzola, Italia** | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivables** | - | 6,458.19 |

Sub-Total >     6,458.19
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **CPAC**                                                                    ,     Case No.   **12-10715**
_____
Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Substantial Federal and State Tax Loss Carryforwards** | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **US Patent # 5,875,896 - LM/BF-55 Stationery Cathode  2/23/99 - silver recovery equipment for Imaging business** | - | Unknown |
| | | **US Patent # 4,804,452 - Alternate Version of Stationery Cathode 2/14/89 - silver recovery process for Imaging** | - | Unknown |
| | | **US Patent # 5,458,024 - Repac2000 cartridge process 6/7/94 (Trebla - former sub, transferred to CPAC Inc 2004)** | - | Unknown |
| | | **Trademark - # 73770800 filed 2/21/88 registration 1552735 "PerfectView" used by CPAC Equipment Inc. on FDA registered dry heat sterilizers** | - | Unknown |
| | | **Trademark - #74043986 filed 3/30/90 registration 1635037 design plus words - "PRS" former silver recovery subsidiary** | - | Unknown |
| | | **Trademark - # 73310602 filed 5/15/81 registration 1224018 "SilvPAC" used on equipment for desilvering photo chemicals** | - | Unknown |

Sub-Total >                           0.00
(Total of this page)

Sheet __**2**__ of __**4**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **CPAC** _____ ,    Case No. ___**12-10715**___
    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Trademark - # 73310599 filed 5/15/81 registration 1210340 "CPAC, Inc." (and logo) | - | Unknown |
| | | Trademark - # 78009697 filed 5/24/2000 registration 2521307 "Luminosa" word logo | - | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Customer Lists | - | Unknown |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Chevrolet Silverado Pick Up truck vin # 1GCEK14T3XE243440 ;  New York State registration | - | 5,100.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office Equipment, furnishing, and supplies (computers) NBV of $87,191 net of accumulated depreciation of $87,191 Location:2364 Leicester Road, Leicester, NY | - | 0.00 |
| | | Desk Top and laptop computer, workstations, monitors, network servers, print serverse, software. $82,165 less accumulated depreciation of $80,325 | - | 1,840.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Machinery and Equipment NBV of $88,066 Net of Accumulated Depreciation of $88,066 Location: 2364 Leicester Road, Leicester, NY | - | 0.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >    6,940.00
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **CPAC**                                                        ,   Case No.   __**12-10715**__
                                          Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **Prepaid Insurance - D& O and EPLI and other corporate liability policies** | - | 61,606.00 |

| | |
|---|---|
| Sub-Total >  (Total of this page) | 61,606.00 |
| Total > | 96,132.05 |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **CPAC**                                                                        Case No. __12-10715__
_____,
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | First Lien on Substantially All Assets of the Corporation | | | | | |
| **Victory Park Credit Opportunit 227 West Monroe Ste 3900 Chicago, IL 60606** | | - | | | | | | | |
| | | | | Value $            **Unknown** | | | | **22,689,047.00** | **Unknown** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

| | | |
|---|---|---|
| __0__   continuation sheets attached | Subtotal (Total of this page) | 22,689,047.00 | 0.00 |
| | Total (Report on Summary of Schedules) | 22,689,047.00 | 0.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re  **CPAC**                              ,                      Case No.   **12-10715**
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**5**     continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re   **CPAC**                                                                      , Case No. ___**12-10715**_____
                                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | **VARIOUS** | | | | | |
| **SCHWAB, CLINTON** **5894 ROUTE 39** **Castile, NY 14427** | | - | **VACATION <180 DAYS** | | | | | **Unknown** |
| | | | | | | | 2,368.82 | **Unknown** |
| Account No. | | | **VARIOUS** | | | | | |
| **WELDGEN, THOMAS** **5 RIESLING COURT** **Fairport, NY 14450** | | - | **VACATION ACCRUAL <180 DAYS** | | | | | **Unknown** |
| | | | | | | | 6,375.40 | **Unknown** |
| Account No. | | | **VARIOUS** | | | | | |
| **WELDGEN, THOMAS** **5 RIESLING COURT** **Fairport, NY 14450** | | - | **UNPAID SALARY <180 DAYS** | | | | | **Unknown** |
| | | | | | | | 32,595.00 | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  **1**  of  **5**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 0.00 |
| 41,339.22 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **CPAC**                                                    Case No.  **12-10715**
                                        ,
                                 Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | | | | | Unknown | |
| **CALIFORNIA FRANCHISE TAX BOARD** PO BOX 942857 SACRAMENTO, CA 94257 | - | | | | | | | Unknown | Unknown | |
| Account No. | | | | Income or franchise taxes | | | | | Unknown | |
| **FL Department of Revenue** 5050 W Tennessee Street Tallahassee, FL 32399-0135 | - | | | | | | | Unknown | Unknown | |
| Account No. | | | | Income or franchise taxes | | | | | Unknown | |
| **GA Deptartment of Revenue** PO Box 740397 Atlanta, GA 30374-0397 | - | | | | | | | Unknown | Unknown | |
| Account No. | | | | Income or Franchise Taxes | | | | | Unknown | |
| **Kansas Department of Revenue** 915 SW HARRISON STREET TOPEKA, KS 66699-4000 | - | | | | | | | Unknown | Unknown | |
| Account No. | | | | Income or franchise taxes | | | | | Unknown | |
| **MA Dept of Revenue** PO Box 7005 Boston, MA 02204 | - | | | | | | | Unknown | Unknown | |

Sheet __2__ of __5__ continuation sheets attached to                           Subtotal        | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims      (Total of this page)    0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **CPAC**                                                     , Case No. ___**12-10715**___
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Income or Franchise Taxes | | | | | | |
| MAINE REVENUE SERVICES PO BOX 1064 AUGUSTA, ME 04332-1064 | | - | | | | | | | Unknown |
| | | | | | | | Unknown | | Unknown |
| Account No. | | | Income or Franchise Taxes | | | | | | |
| MARYLAND REVENUE ADMINISTRATION 110 CARROLL STREET ANNAPOLIS, MD 21411-0001 | | - | | | | | | | Unknown |
| | | | | | | | Unknown | | Unknown |
| Account No. | | | Income or Franchise Taxes | | | | | | |
| MICHIGAN DEPARTMENT OF TREASURY PO BOX 30113 LANSING, MI 48909 | | - | | | | | | | Unknown |
| | | | | | | | Unknown | | Unknown |
| Account No. | | | Income or Franchise Taxes | | | | | | |
| MISSOURI DEPARTMENT OF REVENUE PO BOX 700 JEFFERSON CITY, MO 65105-0700 | | - | | | | | | | Unknown |
| | | | | | | | Unknown | | Unknown |
| Account No. | | | Income or Franchise Taxes | | | | | | |
| NEW HAMPSHIRE DEPARTMENT REVENUE PO BOX 637 CONCORD, NH 03302-0637 | | - | | | | | | | Unknown |
| | | | | | | | Unknown | | Unknown |

Sheet __3__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                     | 0.00 |
(Total of this page)     0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **CPAC**                                                                   Case No. ____**12-10715**____
                                              ,
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Income or Franchise Taxes | | | | | |
| NEW JERSEY DIVISION OF TAXATION PO BOX 666 TRENTON, NJ 08646-0666 | | - | | | | | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Income or Franchise Taxes | | | | | |
| NEW YORK Dept of Taxation and Finance PO BOX 22095 ALBANY, NY 12201-2095 | | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Income or Franchise Taxes | | | | | |
| OHIO Dept. of Revenue PO BOX 16678 COLUMBUS, OH 16678 | | - | | | | | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Income or Franchise Taxes | | | | | |
| PENNSYLVANIA DEPARTMENT OF REVENUE PO BOX 280427 HARRISONBURG, PA 17128-1202 | | - | | | | | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Income or Franchise Taxes | | | | | |
| SC Dept of Revenue PO Box 100 Columbia, SC 29214-0100 | | - | | | | | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |

Sheet **4** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                0.00
(Total of this page)        0.00        0.00

B6E (Official Form 6E) (4/10) - Cont.

In re    **CPAC**                                                   Case No. ___**12-10715**_____
                                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Income of franchise taxes | | | | | | |
| STATE OF CONNECTICUT DEPT OF REVENUE PO BOX 15406 HARTFORD, CT 06115-0406 | - | | | | | | Unknown | Unknown | Unknown |
| Account No. | | | Income or franchise taxes | | | | | | |
| Texas Office of the State Comptroller PO Box 13528 Austin, TX 78711-3528 | - | | | | | | Unknown | Unknown | Unknown |
| Account No. | | | Income or franchise taxes | | | | | | |
| TN Dept of Revenue Andrew Jackson St Office Bldg 500 Deaderick St Nashville, TN 37242 | - | | | | | | Unknown | Unknown | Unknown |
| Account No. | | | Income of franchise taxes | | | | | | |
| WEST VA STATE TAX DEPARTMENT INTERNAL AUDITING DIVISION PO BOX 1202 CHARLESTON, WV 25324-1202 | - | | | | | | Unknown | Unknown | Unknown |
| Account No. | | | Income or franchise taxes | | | | | | |
| WI Department of Revnue PO Box 8908 Madison, WI 53708-8908 | - | | | | | | Unknown | Unknown | Unknown |

Sheet **5** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 |
| Total (Report on Summary of Schedules) | 41,339.22 | 0.00 |

Subtotal: 0.00
Total: 0.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **CPAC**                                                          Case No. ___**12-10715**___
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> AFCO <br> 4501 COLLEGE BLVD <br> SUITE 320 <br> Leawood, KS 66211 | | - | 8/15/11 <br> FINANCING AGREEMENT | | | | 21,841.05 |
| Account No. <br><br> AFCO <br> 4501 COLLEGE BLVD <br> SUITE 320 <br> Leawood, KS 66211 | | - | 2/4/12 <br> FINANCING AGREEMENT | | | | 75,326.72 |
| Account No. <br><br> AMERICAN EXPRESS <br> PO BOX 1270 <br> Newark, NJ 07101 | | - | VARIOUS <br> EMPLOYEE EXPENSES | | | | 1,911.25 |
| Account No. <br><br> BAUNE, STEVEN E <br> 4123 SHEPHERDLEAS LANE <br> Charlotte, NC 28277 | | - | VARIOUS <br> SERVICES/ SEVERANCE | | | | 50,000.00 |

___2___  continuation sheets attached

Subtotal
(Total of this page)                        149,079.02

B6F (Official Form 6F) (12/07) - Cont.

In re    **CPAC**                                                                Case No. __12-10715__
                                                  ,
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | 2/1/12- 2/21/12 MONTHLY SHAREHOLDER | | | | |
| CONTINENTAL STOCK TRANSFER 17 BATTERY PLACE New York, NY 10004 | | | | | | | | 952.66 |
| Account No. | | - | | VARIOUS SHORTAGE RELATED TO FORMER SHAREHOLDER | X | | X | |
| CONTINENTAL STOCK TRANSFER 17 BATTERY PLACE New York, NY 10004 | | | | | | | | 13,303.70 |
| Account No. | | - | | UTILITIES- GAS | | | | |
| ROCHESTER GAS & ELECTRIC PO BOX 5300 Ithaca, NY 14852-5300 | | | | | | | | 1,911.25 |
| Account No. | | - | | Claim arises from Debtor's guarantee of the Fuller Brush Company's obligation under a lease | | | | |
| Stag III Great Bend, LLC 99 High St. 10th Floor Boston, MA 02110 | | | | | | | | Unknown |
| Account No. | | - | | VARIOUS UTILITIES- WATER | | | | |
| VILLAGE OF LEICESTER 52 SOUTH PARKWAY PO BOX 203 Leicester, NY 14481 | | | | | | | | 3,489.37 |

Sheet no. __1__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           19,656.98

B6F (Official Form 6F) (12/07) - Cont.

In re  **CPAC**
_____,
Debtor

Case No. ____**12-10715**____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | VARIOUS SERVICES AND SALE | | | | |
| WEINSCHENK, ROBERT 2 LAFAR STREET Charleston, SC 29492 | - | | | | | | 120,000.00 |
| Account No. | | | VARIOUS VACATION >180 DAYS | | | | |
| WELDGEN, THOMAS 5 RIESLING COURT Fairport, NY 14450 | - | | | | | | 27,244.29 |
| Account No. | | | VARIOUS UNPAID SALARY >180 DAYS | | | | |
| WELDGEN, THOMAS 5 RIESLING COURT Fairport, NY 14450 | - | | | | | | 143,824.00 |
| Account No. | | | VARIOUS OFFICE EQUIPMENT LEASE | | | | |
| XEROX PO BOX 660501 Dallas, TX 75266-0501 | - | | | | | | 1,980.95 |
| Account No. | | | OFFICE EQUIPMENT LEASE | | | | |
| XEROX PO BOX 660501 Dallas, TX 75266-0501 | - | | | | | | 1,086.00 |

Sheet no. __2__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          294,135.24

Total (Report on Summary of Schedules)          462,871.24

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **CPAC**                                                                Case No.    **12-10715**
                                        _____
                                              Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **AFCO**<br>**4501 COLLEGE BLVD**<br>**SUITE 320**<br>**Leawood, KS 66211** | **INSURANCE FINANCING AGREEMENT 8/15/2012** |
| **AFCO**<br>**4501 COLLEGE BLVD**<br>**SUITE 320**<br>**Leawood, KS 66211** | **INSURANCE FINANCING AGREEMENT 2/4/2013** |
| **BURKE GROUP**<br>**80 LINDEN OAKS DR**<br>**SUITE 210**<br>**Rochester, NY 14625** | **401K RECORDKEEPER 30 DAY WRITTEN NOTICE** |
| **CLEAR MOMENTUM INC**<br>**5450 CAMPUS DRIVE**<br>**Canandaigua, NY 14424** | **COMPUTER SYSTEMS MAINTENANCE**<br>**AGREEMENT 2/1/13** |
| **WELDGEN, THOMAS**<br>**5 RIESLING COURT**<br>**Fairport, NY 14450** | **EMPLOYMENT AGREEMENT TERMINATION 3 MONTHS PRIOR TO ANNUAL RENEWAL. EXPIRES 12/2022** |
| **XEROX**<br>**PO BOX 660501**<br>**Dallas, TX 75266-0501** | **TWO OFFICE EQUIPMENT LEASES 30 DAY WRITTEN NOTICE** |

**0**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re  **CPAC** _____,          Case No. ___**12-10715**_____
                                    Debtor

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| ALLIED DIAGNOSTIC IMAGING RESO<br>40 BOROLINE ROAD<br>Allendale, NJ 07401 | VICTORY PARK CREDIT OPPORTUNIT<br>227 W Monroe St<br>Suite 3900<br>Chicago, IL 60606 |
| BUCKINGHAM CPAC INC<br>950 THIRD FLOOR<br>19TH FLOOR<br>New York, NY 10022 | VICTORY PARK CREDIT OPPORTUNIT<br>227 W Monroe St<br>Suite 3900<br>Chicago, IL 60606 |
| CPAC EQUIPMENT<br>2364 LEICESTER RD<br>Leicester, NY 14481 | VICTORY PARK CREDIT OPPORTUNIT<br>227 W Monroe St<br>Suite 3900<br>Chicago, IL 60606 |
| THE FULLER BRUSH COMPANY INC<br>ONE FULLER WAY<br>Great Bend, KS 67530 | STAG III Great Bend LLC<br>99 High Street<br>10th Floor<br>Boston, MA 02110 |
| THE FULLER BRUSH COMPANY INC<br>ONE FULLER WAY<br>Great Bend, KS 67530 | VICTORY PARK CREDIT OPPORTUNIT<br>227 W Monroe St<br>Suite 3900<br>Chicago, IL 60606 |

**0**
____  continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re  **CPAC**                                                            Case No.  **12-10715**
                                                    Debtor(s)              Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**20**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **April 5, 2012**                        Signature  **/s/ Lawrence R. Perkins**
                                                           **Lawrence R. Perkins**
                                                           **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.